

Tanya C. Bernstein, Esquire
Director/Investigative Counsel

Derek A. Bayne, Esquire
Assistant Investigative Counsel

Tamara S. Dowd, Esquire
Assistant Investigative Counsel

**STATE OF MARYLAND
COMMISSION ON JUDICIAL DISABILITIES**
P.O. Box 340
Linthicum Heights, MD 21090-0340

410-694-9380

Kendra Randall Jolivet, Esquire
Executive Secretary

November 2, 2020

Tanveer S. Majid
18903 Abbey Manor Drive
Brookeville, MD 20833

Re:   CJD 2020-044 Smith (Karla)/Majid

Dear Mr. Majid:

The Maryland Commission on Judicial Disabilities ("Commission") has received your complaint against Judge Karla N. Smith of the Circuit Court for Montgomery County. We have opened a file and assigned the above-referenced case number.

**Please note that the Commission does not have the authority to change, modify, or reverse a judge's decision in a case. Please also note that investigations conducted by this office are required by law to be <u>confidential</u>.** As such, we are precluded from providing any information regarding the investigation of your complaint to you or to any other member of the public. After the investigation is completed and considered by the Commission, you will be notified of its decision.

We appreciate your bringing this matter to the attention of the Commission. For further information regarding the Commission, its procedures, and related laws, please refer to the Commission's website at www.mdcourts.gov/cjd/index.html.

Sincerely,

*Tanya C. Bernstein*
Director/Investigative Counsel

TCB/lz

Maryland Relay Service (TT/Voice) 1-800-735-2258